**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 09-1655**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

and

HANCOCK BANK,

Garnishee,

v.

WAYNE ALLEN FLETCHER,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:02-cv-00493-H)

—————

Submitted: September 18, 2009     Decided: October 8, 2009

—————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Wayne Allen Fletcher, Appellant Pro Se. Neal Fowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Allen Fletcher appeals a district court order denying his motion filed under Federal Rule of Civil Procedure 60(b)(6). We have reviewed the record and the district court's order and find the court did not abuse its discretion in denying the motion. See Werner v. Carbo, 731 F.2d 204, 206 (4th Cir. 1984) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED